30 A.3d 381

George STRZELCZYK, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 28, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the Order of the Commonwealth Court is **AFFIRMED.**